IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA MCCRACKEN AND RANDY C. MCCRACKEN,<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC. AND JOHNSON AND JOHNSON,<br><br>Defendants. | ) CASE NO. 2:20-cv-00056-CCW<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF INTENT TO SETTLE IN PRINCIPLE**

AND NOW COME, Plaintiffs, Cynthia McCracken and Randy C. McCracken (hereinafter "McCracken") and Defendants, Ethicon, Inc. and Johnson and Johnson, by and through their attorneys and hereby respectfully advise this Honorable Court as follows:

A settlement in principle has been reached in the McCracken case as part of larger global settlement in principle involving several hundred plaintiffs.

It will likely take several months before the settlement of the McCracken case will be finalized. As a result, the parties jointly request that the McCracken case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice.

In the event the global settlement is not finalized, the parties will promptly inform Your Honor so that this case can be restored to the active docket of this Court.

Respectfully submitted,

| KLINE & SPECTER, P.C. | DICKIE, McCAMEY & CHILCOTE, P.C. |
|---|---|
| By: /s/ Lee B. Balefsky | By: /s/ Frederick W. Bode, III |
| Lee B. Balefsky, Esquire | Frederick W. Bode, III, Esquire |
| PA I.D. #25231 | PA I.D. #33391 |
| | |
| James J. Waldenberger, Esquire | Kristen Hock Prex, Esquire |
| PA I.D. #83837 | PA I.D. #85526 |
| | |
| 1525 Locust Street | Michael A. Muha, Esquire |
| Philadelphia, PA 19102 | PA I.D. #321216 |
| | |
| *Attorney for Plaintiffs* | Two PPG Place, Suite 400 |
| *Cynthia McCracken and Randy C. McCracken* | Pittsburgh, PA 15222-5402 |
| | |
| | *Attorney for Defendants* |
| | *Ethicon, Inc. and Johnson and Johnson* |