### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA MCCRACKEN AND RANDY C, MCCRACKEN,** | ) CASE NO. 2:20-cv-00056-CCW  )  ) |
| **Plaintiffs,** | ) JURY TRIAL DEMANDED  ) |
| v. | )  ) |
| **ETHICON, INC. AND JOHNSON & JOHNSON,** | )  )  ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Cynthia McCracken and Randy C. McCracken and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), by and through their respective counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. Plaintiffs have reached an agreement with Defendants to resolve all of their actions. Based on the foregoing, the parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| KLINE & SPECTER, P.C. | DICKIE, McCAMEY & CHILCOTE, PC. |
| By:   /s/ *Lee B. Balefsky* | By:   /s/ *Kristen Hock Prex* |
|      Lee B. Balefsky, Esquire |      Frederick W. Bode, III, Esquire |
|      PA I.D. #25231 |      PA I.D.#33391 |
|      James J. Waldenberger, Esquire |      Kristen Hock Prex, Esquire |
|      PA I.D. #83837 |      PA I.D. #85526 |
| 1525 Locust Street |      Michael A. Muha, Esquire |
| Philadelphia, PA  19102 |      PA I.D. #321216 |
| *Attorney for Plaintiff* | Two PPG Place, Suite 400 |
| *Elizabeth McCaffrey* | Pittsburgh, PA  15222-5402 |
| | *Attorney for Defendants* |
| | *Ethicon, Inc. and Johnson & Johnson* |

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the foregoing via the Court's CM/ECF system on the date indicated below, which automatically generates notification of the filing to all counsel of record.

                                                                              */s/ Kristen Hock Prex*
                                                                              Kristen Hock Prex, Esquire

Dated:  July 12, 2021